## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DEBBIE HUGHEY, | : | No. 457 EAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (ANDORRA WOODS | : | |
| HEALTHCARE CENTER, ACE AMERICAN | : | |
| INSURANCE COMPANY, ESIS | : | |
| NORTHEAST WC CLAIMS, GALLAGHER | : | |
| BASSETT SERVICES, INC., AND PA | : | |
| UNINSURED EMPLOYEES GUARANTY | : | |
| FUND), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.